# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO'S, INC., et al., | Case No. 1:19-cv-00931-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR COUNTER-DEFENDANT TO RESPOND TO COUNTERCLAIM |
| v. | |
| UNITED SPECIALTY INSURANCE CORPORATION, | (ECF No. 5) |
| Defendant. | |

Plaintiffs filed this action on July 16, 2018, in the Superior Court of California, County of Fresno, which was removed to the above entitled Court on July 8, 2019. (ECF No. 1.) On July 17, 2019, Defendant filed a counterclaim against Plaintiff Antonio's, Inc. (ECF No. 4.) On August 6, 2019, the parties filed a stipulation requesting an extension until August 22, 2019, for counter-defendant Antonio's, Inc., to file a response to the counterclaim. (ECF No. 5.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that counter-defendant Antonio's, Inc., shall file a response to the counterclaim on or before August 22, 2019.

IT IS SO ORDERED.

Dated: __**August 6, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1