# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO'S, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED SPECIALTY INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:19-cv-00931-NONE-SAB<br><br>ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

Plaintiffs filed this action on July 16, 2018, in the Superior Court of California, County of Fresno, which was removed to the above entitled Court on July 8, 2019. (ECF No. 1.) On July 17, 2019, Defendant filed a counterclaim against Plaintiff Antonio's, Inc. (ECF No. 4.) On September 5, 2019, the Court issued a scheduling order setting the pre-trial deadlines and trial date in this matter. (ECF No. 10.) On February 3, 2020, an order unassigning the district judge issued along with an attached standing order in light of judicial emergency. (ECF Nos. 11, 11-1.) On April 24, 2020, the parties filed a stipulation requesting an extension of the pre-trial deadlines and trial date in this matter due to delays in completing discovery caused by the COVID-19 public health emergency. (ECF No. 12.) The Court finds good cause to modify the scheduling order based on the parties' filed stipulation. However, the pretrial conference and trial dates shall be continued to later dates than requested, due to the proximity to the proposed dispositive motion filing deadline.

///

Accordingly, based on the parties' stipulation and good cause, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline: November 9, 2020;
2. Expert Disclosure Deadline: December 7, 2020;
3. Supplemental Expert Disclosure Deadline: December 28, 2020;
4. Expert Discovery Deadline: February 1, 2021;
5. Dispositive Motion Filing Deadline: March 15, 2021;
6. Pretrial conference: August 19, 2021, at 8:30 a.m., in Courtroom 4;
7. Trial: October 13, 2021, at 8:30 a.m., in Courtroom 4; and
8. All other aspects of the September 5, 2019 scheduling order shall remain in effect, except that Judge Lawrence J. O'Neill will not be the dispositive, pretrial or trial judge in the case, as indicated in the February 3, 2020 order unassigning district judge and attached standing order in light of ongoing judicial emergency. (ECF Nos. 11, 11-1.)

IT IS SO ORDERED.

Dated: **April 24, 2020**

UNITED STATES MAGISTRATE JUDGE