# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO'S INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SPECIALTY INSURANCE CORPORATION, <br><br> Defendant. | Case No. 1:19-cv-00931-NONE-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ASSIGN A DISTRICT JUDGE FOR THE PURPOSES OF CLOSING THIS ACTION <br><br> (ECF No. 17) |
| UNITED SPECIALTY INSURANCE CORPORATION, <br><br> Counter Claimant, <br><br> v. <br><br> ANTONIO'S INC., <br><br> Counter Defendant | |

On December 1, 2020, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 17.) Both signature lines of the stipulation state "Attorneys for Defendant United Specialty Insurance Company". (Id. at 2-3.) However, the second signature page is signed by Evangeline Grossman who is listed on the docket as the attorney for Plaintiffs in this matter. Therefore, this appears to be a clerical error and the stipulation is signed by the attorneys of all parties who have appeared in the action.

1

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 2, 2020**

UNITED STATES MAGISTRATE JUDGE